## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**Mohammad A. Rafigh**
**and**
**Iren Rafigh**

Chapter 13

Case No. 15-12136-BFK

Debtors

## REPORT BY TRUSTEE OF COMPLETION
## OF PLAN PAYMENTS

    NOW COMES the Chapter 13 Trustee herein, Thomas P. Gorman, and certifies to the Court that the Debtors have completed their plan payments pursuant to the confirmed plan in this case. Your trustee will proceed to close this case and file his "Final Report and Account" upon the clearing of all outstanding checks.

    Respectfully submitted,

\_\_\_/s/ Thomas P. Gorman\_\_\_\_
Thomas P. Gorman, Trustee
300 N. Washington Street, Suite 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Dated: October 3, 2018