# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:  MOHAMMAD A. RAFIGH            Case No.:  15-12136-BFK
        IREN RAFIGH
                Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Thomas P. Gorman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  06/19/2015.
2) The plan was confirmed on  09/09/2015.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was completed on  10/03/2018.
6) Number of months from filing or conversion to last payment:  40.
7) Number of months case was pending:  42.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  11,636.75.
10)  Amount of unsecured claims discharged without full payment:  110,582.35.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor: | $18,477.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $18,477.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through The Plan: | $3,500.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $1,074.63 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $4,574.63 |

Attorney fees paid and disclosed by debtor:        $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re: MOHAMMAD A. RAFIGH  
　　　IREN RAFIGH  
　　　　Debtor(s)

Case No.: 15-12136-BFK

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

| Creditor | Type | | | | | |
|---|---|---:|---:|---:|---:|---:|
| ALARM FINANCING SERVICES INC | Unsecured | 273.00 | NA | NA | .00 | .00 |
| AMBERWOODS HOA | Secured | NA | NA | NA | .00 | .00 |
| AMERICREDIT FINANCIAL SERVICES, IN | Secured | NA | 13,282.44 | .00 | .00 | .00 |
| CAPITAL ONE BANK USA, NA | Unsecured | 671.20 | 735.44 | 735.44 | 151.70 | .00 |
| CAPITAL ONE BANK USA, NA | Unsecured | 3,414.43 | 3,865.67 | 3,865.67 | 795.89 | .00 |
| CAPITAL ONE BANK USA, NA | Unsecured | 4,580.00 | 5,099.61 | 5,099.61 | 1,049.94 | .00 |
| CAPITAL ONE BANK USA, NA | Unsecured | 4,580.00 | NA | NA | .00 | .00 |
| CASHNET USA | Unsecured | 1,397.86 | 1,655.70 | 1,655.70 | 341.54 | .00 |
| CERASTES, LLC | Unsecured | 1,529.44 | 1,790.92 | 1,790.92 | 369.43 | .00 |
| CERASTES, LLC | Unsecured | 3,086.67 | 3,495.93 | 3,495.93 | 719.84 | .00 |
| COLONIAL FUNDING NETWORK | Unsecured | 34,850.33 | 34,850.33 | 34,850.33 | 7,175.28 | .00 |
| FIRST NATIONAL CREDIT CARD | Unsecured | 890.02 | NA | NA | .00 | .00 |
| FIRST SAVINGS CREDIT CARD | Unsecured | 613.15 | NA | NA | .00 | .00 |
| FIRST US FUNDING | Unsecured | NA | NA | NA | .00 | .00 |
| FOCUSED RECOVERY SOLUTIONS | Unsecured | 400.64 | NA | NA | .00 | .00 |
| IMAGE MEDICAL LLC | Unsecured | 1,950.00 | NA | NA | .00 | .00 |
| INFECTIOUS DISEASE SPECIALIST | Unsecured | 341.27 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 705.00 | 796.75 | 796.75 | 164.36 | .00 |
| KNIGHT CAPITAL FUNDING | Unsecured | 9,222.64 | 9,222.64 | 9,222.64 | 1,898.83 | .00 |
| LEASE FINANCE GROUP | Unsecured | 11,228.00 | NA | NA | .00 | .00 |
| MARINER FINANCE | Unsecured | 3,705.00 | NA | NA | .00 | .00 |
| MERRICK BANK | Unsecured | 1,753.00 | 1,582.04 | 1,582.04 | 326.34 | .00 |
| MIDLAND FUNDING LLC | Unsecured | 548.16 | 609.89 | 609.89 | 125.82 | .00 |
| MOUNTCASTLE PLASTIC SURGERY | Unsecured | 302.77 | NA | NA | .00 | .00 |
| NORTHWEST FEDERAL CREDIT UNION | Secured | NA | 5,949.73 | .00 | .00 | .00 |
| NPAS SOLUTIONS INC | Unsecured | 50.64 | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICING, LLC | Secured | NA | 6.91 | 6.91 | 6.91 | .00 |
| PAYMENT SYSTEMS | Unsecured | 247.90 | NA | NA | .00 | .00 |
| PIRS CAPITAL LLC | Unsecured | NA | NA | NA | .00 | .00 |
| PNC BANK, NATIONAL ASSOC. | Secured | NA | 191,400.65 | .00 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 649.98 | 809.95 | 809.95 | 167.08 | .00 |

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

In re: MOHAMMAD A. RAFIGH  
      IREN RAFIGH  
      Debtor(s)

Case No.: 15-12136-BFK

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| RESTON ANESTHESIA | Unsecured | 1,077.23 | NA | NA | .00 | .00 |
| RESTON HOSPITAL CENTER | Unsecured | 3,030.06 | 2,959.59 | 2,959.59 | 609.41 | .00 |
| STRATEGIC FUNDING SOURCE, INC | Unsecured | 18,349.73 | NA | NA | .00 | .00 |
| YELLOWSTONE CAPITAL | Unsecured | 12,994.00 | NA | NA | .00 | .00 |
| YELLOWSTONE CAPITAL | Unsecured | NA | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re: MOHAMMAD A. RAFIGH  
      IREN RAFIGH  
      Debtor(s)

Case No.: 15-12136-BFK

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| YELLOWSTONE CAPITAL | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 6.91 | 6.91 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 6.91 | 6.91 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 67,474.46 | 13,895.46 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $4,574.63 |
| Disbursements to Creditors: | $13,902.37 |
| **TOTAL DISBURSEMENTS:** | $18,477.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 12/12/2018      By: /s/Thomas P. Gorman  
                                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.